142 So. 585

## COBB & WOODHAM v. W. E. DUGGAN LBR. CO.

### 4 Div. 648.

Supreme Court of Alabama.
May 26, 1932.

Rehearing Denied June 18, 1932.

A. Whaley, of Andalusia, for petitioners.

F. J. Mizell, Jr., of Florala, opposed.

THOMAS, J.

Petition of Cobb & Woodham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cobb & Woodham v. W. E. Duggan Lbr. Co., 142 So. 585.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.